UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

STEVEN PATRICK SMILEY,

    Defendant.

Case No. 10-cr-40016-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Steven Patrick Smiley's motion to modify the terms of his supervised release to reflect that the supervised release term imposed by this Court shall run concurrently with the supervised release term imposed by the District Court for the District of Utah in case number 2:08CR00264 (Doc. 38). He believes this Court's judgment is in error because it does not expressly state that the two terms of supervised release shall run concurrently.

There is no need to modify Smiley's conditions of supervised release in this case to show that the term will run concurrently with the term imposed by in the District of Utah. As Smiley notes, the running of those terms will be governed by 18 U.S.C. § 3624(e), and the Court need not include the terms of that statute in its judgment. For this reason, the motion (Doc. 38) is **DENIED**.

**IT IS SO ORDERED.**
**DATED: May 27, 2011**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**