IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 10-40016-JPG |
| STEVEN P. SMILEY, | ) | |
| Defendant. | ) | |

## **ORDER**

THIS MATTER is before the Court on defendant's Motion to Provide Copies of Sealed Documents to Defendant (Doc. # 40), and the Court having been fully advised in the premises finds that the Motion should be granted. The Court orders that counsel may provide copies of the sealed documents to defendant.

IT IS SO ORDERED.

DATED: June 29, 2011

                                        *s/J. Phil Gilbert*
                                    United States District Judge